**Order entered September 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00374-CR

**RODERICK BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-56213-U**

## ORDER

On August 11, 2015, this Court ordered Cheryl Dixon, then official court reporter of the 291st Judicial District Court, to file the reporter's record of the February 13, 2015 adjudication proceeding within thirty days. On September 9, 2015, Ms. Dixon filed a letter stating she did not record that hearing, but that upon research she was able to determine Gina Udall was the court reporter who recorded the hearing. In her September 9, 2015 letter, Ms. Dixon stated she notified Ms. Udall that the record is due.

Accordingly, we **ORDER** court reporter Gina Udall to file the reporter's record of the February 13, 2015 hearing within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Gina Udall, court reporter, and to counsel for all parties.

/s/    ADA BROWN
JUSTICE